UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT WILLIAM TUNSTALL, Jr., | No. 2:21-cv-1578 DB P |
| Plaintiff, | |
| v. | ORDER |
| MARK GHALY, et al., | |
| Defendants. | |

Plaintiff is a state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff claims that he has not received proper accommodations or treatment following brain surgery. For the reasons set forth below the court will direct plaintiff to submit a new request for leave to proceed in forma pauperis and dismiss the complaint with leave to amend.

Plaintiff has sought leave to proceed in forma pauperis. (ECF No. 2.) However, he has not submitted his in forma pauperis request on a proper form. Plaintiff's request for leave to proceed in forma pauperis will be denied, and plaintiff will be granted thirty days to submit a new request on a proper form. Plaintiff is cautioned that the form includes a section that must be completed by a prison official, and the application form must be accompanied by a certified copy of plaintiff's prison trust account statement for the six-month period immediately preceding the filing of this action.

Additionally, plaintiff did not sign the complaint or the motion to proceed in forma pauperis. (ECF No. 1 at 12; ECF No. 2 at 1.) Parties proceeding without counsel are required to sign all pleadings, motions, and other papers submitted to the court for filing. Fed. R. Civ. P. 11(a). Thus, the court is unable to consider plaintiff's complaint or motion to proceed in forma pauperis unless he signs and re-files them.

Accordingly, plaintiff will be provided the opportunity to re-file his complaint and request to proceed in forma pauperis with his signatures. Failure to comply with this order will result in a recommendation that this action be dismissed.

For the reasons set forth above, IT IS HEREBY ORDERED that:

1. Plaintiff's motion for leave to proceed in forma pauperis (ECF No. 2) is denied without prejudice;

2. The Clerk of the Court is directed to send plaintiff an Application to Proceed In Forma Pauperis By a Prisoner for use in a civil rights action; and

3. Plaintiff shall submit, within thirty days from the date of this order, a properly completed application to proceed in forma pauperis on the form provided with this order;

4. Plaintiff shall refile a <u>signed</u> complaint and a <u>signed</u> affidavit in support of his request to proceed in forma pauperis; and

5. Plaintiff is cautioned that failure to comply with this order or seek an extension of time to do so will result in a recommendation that this action be dismissed without prejudice.

Dated: September 9, 2021

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DB:12
DB/DB Prisoner Inbox/Civil Rights/R/tuns1578.3d+r11