UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT WILLIAM TUNSTALL, Jr., | No. 2:21-cv-1578 JAM DB P |
| Plaintiff, | |
| v. | ORDER |
| MARK GHALY, et al., | |
| Defendants. | |

    Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

    On January 18, 2022 the magistrate judge filed findings and recommendations herein which were served on plaintiff and which contained notice to plaintiff that any objections to the findings and recommendations were to be filed within twenty days. (ECF No. 11.) Plaintiff has filed objections to the findings and recommendations. (ECF No. 12.)

    In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has conducted a <u>de</u> <u>novo</u> review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

/////

1

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed January 18, 2022 are adopted in full;

2. Plaintiff's motion to proceed in forma pauperis (ECF No. 2) is denied;

3. The court finds plaintiff accrued three strikes under 28 U.S.C. § 1915(g) prior to this action; and

4. The court orders plaintiff to pay the $402.00 filing fee in order to proceed with this action.

DATED:  March 16, 2022

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE