UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT WILLIAM TUNSTALL, Jr., | No. 2:21-cv-1578 JAM DB P |
| Plaintiff, | |
| v. | <u>ORDER</u> |
| MARK GHALY, et al., | |
| Defendants. | |

Plaintiff is a state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff claims that he has not received proper accommodations or treatment following brain surgery. By order dated March 16, 2022, the district court determined that plaintiff accrued three strikes under 28 U.S.C. § 1915(g) prior to filing this action. (ECF No. 14.) Plaintiff was directed to pay the filing fee in order to proceed with this action. Court records reflect that plaintiff has not paid the filing fee. Therefore, the court will direct plaintiff to either pay the filing fee or voluntarily dismiss this action.

////
////
////
////
////

1

Accordingly, IT IS HEREBY ORDERED that within twenty days of the date of this order, plaintiff shall either voluntarily dismiss this action or pay the $402.00 filing fee in full. If he fails to pay the filing fee the court will recommend that this action be dismissed due plaintiff's failure to comply with court orders and failure to prosecute. See E.D. Cal. 110; Fed. R. Civ. P. 41.

Dated: April 26, 2022

/s/DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DB:12
DB/DB Prisoner Inbox/Civil Rights/R/tuns1578.fee.ord