1
2
3
4
5
6
7                          UNITED STATES DISTRICT COURT

8                    FOR THE EASTERN DISTRICT OF CALIFORNIA

9

10    ROBERT WILLIAM TUNSTALL, Jr.,          No.  2:21-cv-1578 JAM DB P

11                      Plaintiff,

12          v.                                FINDINGS AND RECOMMENDATIONS

13    MARK GHALY, et al.,

14                      Defendants.

15

16          Plaintiff is a state prisoner proceeding pro se with a civil rights action under 42 U.S.C. §

17    1983.  Plaintiff claims that defendants have failed to accommodate his disability, failed to advise

18    him of the right to remain silent during prisoner disciplinary proceedings, and have not

19    investigated his allegations of abuse. For the reasons set forth below, the undersigned will

20    recommend that this action be dismissed.

21          By order dated March 16, 2022, the district court determined that plaintiff accrued three

22    strikes under 28 U.S.C. § 1915(g) prior to filing this action.  (ECF No. 14.)  Plaintiff was directed

23    to pay the filing fee in full in order to proceed with this action.  (Id.)  On April 26, 2022, plaintiff

24    was ordered to pay the filing fee within twenty days or face dismissal of this action.  (ECF No.

25    15.)  Those twenty days have passed, and plaintiff has not paid the filing fee, requested additional

26    time to pay the filing fee, or otherwise responded to the court's order.  Accordingly, the court will

27    recommend that this action be dismissed without prejudice for failure to prosecute and failure to

28    comply with court orders.

1

1    For the reasons set forth above, IT IS HEREBY RECOMMENDED that this action be

2 dismissed.  See E.D. Cal. R. 110; Fed. R. Civ. P. 41.

3    These findings and recommendations are submitted to the United States District Judge

4 assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within thirty days after

5 being served with these findings and recommendations, plaintiff may file written objections with

6 the court and serve a copy on all parties.  Such a document should be captioned

7 "Objections to Magistrate Judge's Findings and Recommendations."  Plaintiff is advised that

8 failure to file objections within the specified time may waive the right to appeal the District

9 Court's order.  Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

10 Dated:  May 24, 2022

11

12                                              _____

13                                              DEBORAH BARNES
                                               UNITED STATES MAGISTRATE JUDGE
14

15

16

17

18 DB:12
   DB/DB Prisoner Inbox/Civil Rights/S/tuns1578.f&r.fee
19

20

21

22

23

24

25

26

27

28

2