UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT WILLIAM TUNSTALL, JR., | No. 2:21-cv-01578-DAD-DB |
| Plaintiff, | |
| v. | ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DISMISSING THIS ACTION DUE TO PLAINTIFF'S FAILURE TO PROSECUTE AND FAILURE TO COMPLY WITH COURT ORDERS |
| MARK GHALY, et al. | |
| Defendants. | |
| | (Doc. No. 16) |

Plaintiff Robert William Tunstall, Jr. is a state prisoner proceeding *pro se* in his civil rights action under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On May 25, 2022, the assigned magistrate judge issued findings and recommendations recommending that this action be dismissed due to plaintiff's failure to prosecute and failure to comply with courts. (Doc. No. 16.) Specifically, on March 16, 2022, the district court determined that plaintiff had accrued three strikes under 28 U.S.C. § 1915(g) before filing this action, and, thus, ordered plaintiff to pay the $402.00 filing fee in order to proceed with this action. (Doc. No. 14 at 2.) On April 26, 2022, the assigned magistrate judge also ordered plaintiff to pay the $402.00 filing fee within twenty days and cautioned that his failure to comply

1

1   with the order to pay the filing fee within the specified time would result in a recommendation
2   that this action be dismissed.  (Doc. No. 15.)  After twenty days passed, and plaintiff did not pay
3   the filing fee or otherwise respond to the court's orders, the assigned magistrate judge issued
4   findings and recommendations recommending that this action be dismissed without prejudice due
5   to plaintiff's failure to prosecute and failure to comply with court orders.  (Doc. No. 16 at 2.)
6   Those pending findings and recommendations were served on the parties and contained notice
7   that any objections thereto were to be filed within thirty (30) days after service.  (*Id.*)  Plaintiff did
8   not file timely objections.
9       Rather, over five months later, on October 4, 2022, plaintiff filed a 191-page document
10  titled "EVIDENCE."  (Doc. No. 21.)  A review of plaintiff's filing indicates that the
11  documentation is intended to offer factual support and legal argument in support of his asserted
12  claims.  (*See generally id.* at 8–34) (setting out each claim as stated in the complaint and
13  providing pages of argument with citations to exhibits and legal authority).  Plaintiff does not
14  address the court's prior orders requiring him to pay the filing fee, nor does he object in any
15  manner to the pending findings and recommendations issued by the assigned magistrate judge in
16  that regard.  Accordingly, plaintiff's filing provides no basis upon which to reject the pending
17  findings and recommendations.
18      In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this court has conducted a
19  *de novo* review of the case.  Having carefully reviewed the entire file, including plaintiff's filing
20  of "EVIDENCE," the court concludes that the findings and recommendations are supported by
21  the record and by proper analysis.
22      Accordingly:
23  1.   The findings and recommendations issued on May 25, 2022 (Doc. No. 16) are
24       adopted in full;
25  /////
26  /////
27  /////
28  /////

2. This action is dismissed, without prejudice, due to plaintiff's failure to prosecute and failure to comply with court orders; and

3. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated: **October 19, 2022**

_Dale A. Drozd_
UNITED STATES DISTRICT JUDGE